# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

LOUIS BOWMAN,

        Appellant

        v.

PENNSYLVANIA BOARD OF PROBATION
AND PAROLE,

        Appellee

: No. 18 EAP 2025
:
:
:
:
:
:
:
:
:
:
:
:
:
:

## <u>ORDER</u>

**PER CURIAM**

    **AND NOW,** this 17th day of February, 2026, as Appellant failed to file a timely brief, this appeal is **QUASHED**.  *See* Pa.R.A.P. 3305.